**From:** Marie Taylor
**Sent:** Thursday, September 24, 2026 12:41 PM
**To:** Matthew Hancock
**Subject:** Jesus Diaz #0032044 character reference

To Whom It May Concern,

I met Jesus Diaz some time ago at my church, Sts. Cyril and Methodius Byzantine Catholic Church in Cary, North Carolina. I regularly assist in leading the singing at services there. He spoke with me about his interest n the faith and I learned a little about him. He seemed sincere and motivated to deepen his relationship with Christ. I don't know what connections he was able to make among our parishioners and couldn't say how often he was able to attend. I was impressed with whatever attendance he was able to do because we are a very small community and a long way from where he lived. I am praying for him daily.

Sincerely,

Marie Taylor