September 27, 2026

To the Honorable Court:

I am writing regarding Jesus Diaz, whom I came to know through my work in the parish office at Saints Cyril and Methodius Byzantine Catholic Church. Part of my role in the parish office involves communicating by email with people who are interested in visiting our parish, and this is how I first came to know Jesus. Although he lived approximately two hours away and was not able to attend our parish regularly, he would make the effort to visit when he could, including during the week and on feast days.

As our communication continued, I came to know that Mr. Diaz had a genuine interest in learning about and growing in his faith. He would often ask about monasteries, books related to faith and spirituality, and prayers. I remember these conversations because his questions reflected a sincere curiosity and desire to learn more. He seemed interested not simply in attending church, but in understanding his faith more deeply and finding ways to incorporate it into his spiritual life.

I also remember that in February 2025, Jesus and his father joined several members of our parish for a hike. Because of the distance they lived from the parish, I appreciated that they made the effort to participate in this informal gathering. It was an opportunity to spend time with members of the parish community outside of the church, and it is one of the experiences I remember from the time I knew him.

I want to be clear that I am not writing to excuse, justify, or diminish the seriousness of the actions that have brought Mr. Diaz before the Court. I cannot speak to those circumstances, and I do not intend to do so. I am writing only to share what I personally observed through my interactions with him as a member of our parish community.

What I can speak to is the interest I saw in Jesus in learning about his faith and continuing to grow spiritually. Even though distance limited his ability to participate regularly, he continued to seek out opportunities to visit the parish, ask questions, learn, pray, and connect with others in the faith community.

I respectfully offer this perspective to the Court as one small but genuine part of my experience of knowing Mr. Diaz. I hope that, as the Court considers all of the circumstances before it, it will also have the opportunity to consider this aspect of his character and his spiritual journey.

Respectfully,

*Michelle Sapsara*

Michelle Sapsara